IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02990-WYD-MEH

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2010.**

      Plaintiff's Unopposed Motion for Leave to Appear by Telephone [filed March 16, 2010; docket #22] and Defendant's Unopposed Motion for Leave to Appear by Telephone [filed March 16, 2010; docket #24] are **granted**.  Counsel for the parties shall first conference together, then call my Chambers at (303) 844-4507 at the appointed time for the scheduling conference.